## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFORMANCE TRANS, INC., and UTICA MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GENERAL STAR INDEMNITY COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 4:19-CV-40086<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT GENERAL STAR INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant General Star Indemnity Company ("GSIC") respectfully moves, pursuant to Fed. R. Civ. P. 56(b), for summary judgment in its favor as to all of the counts asserted in the Plaintiffs' Complaint as well as all counts asserted in GSIC's Counterclaim. In support of its motion, GSIC relies upon the following documents that are being filed simultaneously with this motion:

(1) Memorandum in Support of Defendant General Star Indemnity Company's Motion for Summary Judgment;

(2) Defendant General Star Indemnity Company's Rule 56.1 Statement of Undisputed Material Facts; and

(3) Declaration of Cara Tseng Duffield and accompanying exhibits.

Pursuant to Local Rule 7.1(A)(2), undersigned counsel certifies that they have conferred with counsel for the Plaintiffs with respect to this motion, including most recently on August 16, 2019. After a good faith attempt, the parties were unable to resolve or narrow the issues raised by the motion.

Date:  August 19, 2019										Respectfully submitted,

/s/  William L. Boesch
William L. Boesch
Sugarman Rogers Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030
boesch@sugarmanrogers.com

Cara Tseng Duffield
(*pro hac vice* application pending)
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7407
cduffield@wileyrein.com

*Counsel for Defendant and Counterclaim Plaintiff General Star Indemnity Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2019, I caused to be served via ECF the foregoing Motion for Summary Judgment on all counsel of record.

/s/  William L. Boesch