UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Performance Trans, Inc., et al,
          Plaintiffs,

v.

General Star Indemnity Company,
          Defendant,

CIVIL ACTION

NO. 19-40086-TSH

## JUDGMENT

HILLMAN, D. J.

In accordance with the Court's Order dated 11/25/19, granting defendant's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the   **Defendant**

By the Court,

11/26/19                                     /s/ Martin Castles
**Date**                                       **Deputy Clerk**