UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PERFORMANCE TRANS., INC., and UTICA MUTUAL INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL STAR INDEMNITY COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 4:19-CV-40086 |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Performance Trans., Inc. and Utica Mutual Insurance Company hereby appeal to the United States Court of Appeals for the First Circuit from the order denying their motion for summary judgment and granting defendant General Star Indemnity Company's motion for summary judgment entered in this action on November 25, 2019 and corresponding entry of judgment dated November 26, 2019.

| PERFORMANCE TRANS., INC., | UTICA MUTUAL INSURANCE COMPANY, |
|---|---|
| By its attorney, | By its attorneys, |
| */s/ Douglas T. Radigan* | */s/ Erin K. Higgins* |
| Douglas T. Radigan, Esq. (BBO # 657938)<br>Bowditch & Dewey, LLP<br>311 Main Street<br>Worcester, MA 01608<br>Phone: 508-791-3511<br>dradigan@bowditch.com | Erin K. Higgins, Esq. (BBO # 559510)<br>Catherine M. DiVita, Esq. (BBO # 693446)<br>Conn Kavanaugh Rosenthal Peisch & Ford, LLP<br>One Federal Street, 15th Floor<br>Boston, MA 02110<br>Phone: 617-482-8200<br>ehiggins@connkavanaugh.com<br>cdivita@connkavanaugh.com |

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served electronically upon each party appearing *pro se* and the attorney of record for each other party via the court's CM/ECF system on December 20, 2019.

      */s/ Erin K. Higgins*

2332680.1 07663.168