# United States Court of Appeals
## For the First Circuit

No. 20-1022

PERFORMANCE TRANS., INC.; UTICA MUTUAL INSURANCE COMPANY,

Plaintiffs, Appellants,

v.

GENERAL STAR INDEMNITY COMPANY,

Defendant, Appellee.

**JUDGMENT**

Entered: December 18, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment of summary judgment for General Star Indemnity Company is reversed. On remand, judgment should be entered on the Massachusetts breach of contract claim for plaintiffs Performance Trans., Inc. and Utica Mutual Insurance Company. The Mass. Gen. Laws ch. 93A, § 11 claim is dismissed with prejudice. No costs are awarded.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Timothy S. Hillman, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Douglas Thomas Radigan, Jared A. Fiore, Syed S. Ahmad, Erin K. Higgins, Nicholas D. Stellakis, Catherine DiVita, David M. Parker, William L. Boesch, Cara Tseng Duffield, Hume Ross