# United States Court of Appeals
## For the First Circuit

No. 20-1022

PERFORMANCE TRANS., INC.; UTICA MUTUAL INSURANCE COMPANY

Plaintiffs - Appellants

v.

GENERAL STAR INDEMNITY COMPANY

Defendant - Appellee

**MANDATE**

Entered: January 8, 2021

In accordance with the judgment of December 18, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Syed S. Ahmad
William L. Boesch
Catherine DiVita
Cara Tseng Duffield
Jared A. Fiore
Erin K. Higgins
David M. Parker
Douglas Thomas Radigan
Hume Ross
Nicholas D. Stellakis